# CRIMINAL DOCKET

HOUSTON DIVISION

No. **4:25-cr-0693**

USAO#:   2024R05361

United States Courts
Southern District of Texas

CRIMINAL INDICTMENT

Filed:   FILED

Judge:   **Hanks**

*December 17, 2025*

UNITED STATES of AMERICA
vs.

Nathan Ochsner, Clerk of Court
ATTORNEYS:

NICHOLAS J. GANJEI, USA          (713) 567-9000

JAY HILEMAN, AUSA                (713) 567-9000

|  | Appt'd | Private |
|---|---|---|
| Jay Antoine Jackson (Cts.1-2, 3-4, 5) | ☐ | ☐ |
|  | ☐ | ☐ |
|  | ☐ | ☐ |
|  | ☐ | ☐ |

Cts. 1-2: Bank Fraud [18 USC §§ 1344 and 2]
Cts. 3-4: Unlawful Conversion of Government Property [18 USC §§ 641 and 2]
Ct. 5: Possession of Stolen Mail [18 USC § 1708]

Charges Total Counts (5)

**PENALTY:**
Cts. 1-2: up to 30 years imprisonment and/or a fine of up to $1,000,000, followed by up to 5 years supervised release; $100SA
Cts. 3-4: up to 10 years imprisonment and/or a fine of up to $250,000, followed by up to 3 years supervised release; $100 SA
Ct. 5: up to 5 years imprisonment and/or a fine of up to $250,000, followed by up to 3 years supervised release; $100 SA

☐ In Jail

☐ On Bond

NAME & ADDRESS
of Surety

☐ No Arrest

---

## PROCEEDINGS:

|  |
|---|
|  |
|  |
|  |
|  |