UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. 4:25-CR-0693 |
| | § | |
| JAY ANTOINE JACKSON | | |

NOTICE OF APPEARANCE

TO THE HONORABLE JUDGE GEORGE C. HANKS, JR.:

Please take notice that SAMUEL L. MILLEDGE, II, is formally entering his appearance as Defense Counsel, and is designated as Lead Counsel in the above-styled and numbered cause for Mr. JAY ANTOINE JACKSON:

Respectfully submitted,

**/s/ *Samuel L. Milledge, II***

SAMUEL L. MILLEDGE, II
Texas Bar No. 24076560
THE MILLEDGE LAW GROUP, PC
1235 North Loop West, Ste. 725
Houston, Texas 77008
(713) 812-1409 – Telephone
(713) 812-1418 – Telecopier
sam2@milledgelawgroup.com
blopez@milledgelawgroup.com
**LEAD COUNSEL FOR JAY JACKSON.**