**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| *versus* | § Criminal No. 4:25−cr−00693 |
| | § |
| Jay Antoine Jackson | § |

**ORDER OF DETENTION PENDING HEARING**

A hearing in this case is scheduled as follows:

Detention Hearing
January 20, 2026 at 10:00 AM
Courtroom 701
United States District Court
515 Rusk Street
Houston, TX 77002

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States Marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: January 17, 2026

Christina A. Bryan
United States Magistrate Judge