United States District Court
Southern District of Texas
**ENTERED**
February 18, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES OF AMERICA § 

§

VS. § CRIMINAL NO. 4:25-CR-693

§

JAY ANTOINE JACKSON §

## ORDER

Pending before the Court is the Defendant's Unopposed Motion for Continuance, (Dkt. 15). The Court finds that the ends of justice served by granting a continuance outweigh the interest of the public, as well as the defendant, in a speedy trial. The Court also finds that pursuant to 18 U.S.C. § 3161, failure to grant a continuance would result in the miscarriage of justice, and that a continuance is necessary to allow reasonable time for trial preparation. It is **ORDERED** that a period of excludable delay shall commence from today, pursuant to 18 U.S.C. 3161. The period of excludable delay shall end at commencement of trial or disposition of charges.

THE SCHEDULING ORDER SHALL BE AMENDED AS FOLLOWS:

MOTIONS are due by **April 24, 2026**

RESPONSES are due by **May 4, 2026**

PRETRIAL CONFERENCE is set for **May 18, 2026 at 9:30 a.m.**

JURY TRIAL is set for **May 26, 2026 at 1:30 p.m.**

SIGNED at Houston, Texas on February 18, 2026.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE