UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. 4:25-CR-0693 |
| | § | |
| JAY ANTOINE JACKSON | | |

**DEFENDANT'S SECOND UNOPPOSED MOTION TO CONTINUE TRIAL AND AMEND
SCHEDULING ORDER**

TO THE HONORABLE JUDGE GEORGE C. HANKS, JR.:

Now comes JAY ANTOINE JACKSON, JR., Defendant, and files this Unopposed Motion
to Amend Scheduling Order and shows the following:

1.     The motion is filed in accordance with the Federal Rules of Criminal Procedure.

2.     This matter was set for Pre-Trial Conference on May 18, 2026 and Trial on May
26, 2026.

3.     Defense Counsel and the Government are continuing to work on a fair and just
resolution to this case. The Government, through the Agency investigating this matter, has advised
Defense Counsel and Defendant that several more meetings may need to happen.

4.     On May 12, 2026, Defense Counsel and AUSA Jay Hileman spoke regarding the
need to file a motion to amend and extend all deadlines in the current scheduling order. AUSA
Hileman advised that he was unopposed to such a motion. Therefore, this motion is unopposed.

5.     This Unopposed Motion to Amend Scheduling Order is not for purposes of delay
or frustrating the justice system, but more so to allow time for the Government and Defense
Counsel to continue working towards a fair and just resolution of this matter.

**WHEREFORE, PREMISES CONSIDERED,** Defendant prays that the Court enters its order granting the amendment of the scheduling order by amending each deadline by ninety (90) days from the dates stated in the current scheduling order or, in the alternative, sets this motion for a hearing.

Respectfully submitted,

**/s/ *Samuel L. Milledge, II***

SAMUEL L. MILLEDGE, II
Texas Bar No. 24076560
SDT Federal Bar No. 1750963
THE MILLEDGE LAW GROUP, PC
1235 North Loop West, Ste. 725
Houston, Texas  77008
(713) 812-1409 – Telephone
(713) 812-1418 – Telecopier
sam2@milledgelawgroup.com
blopez@milledgelawgroup.com
**COUNSEL FOR JAY ANTOINE
JACKSON, JR.**

CERTIFICATE OF CONFERENCE

I hereby certify that a conference regarding the above motion was had on Tuesday, May 12, 2026. During that conference, AUSA Jay Hileman advised that he was unopposed to this motion.

**/s/ *Samuel L. Milledge, II***

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on  May 16 , 2026, on the following via ECF Notice pursuant to the Federal Rules of Civil Procedure to all attorneys of record in this matter

/s/ ***Samuel L. Milledge, II***