UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. 4:25-CR-0693 |
| | § | |
| JAY ANTOINE JACKSON | | |

DEFENDANT'S THIRD UNOPPOSED MOTION TO CONTINUE TRIAL AND AMEND SCHEDULING ORDER

TO THE HONORABLE JUDGE GEORGE C. HANKS, JR.:

Now comes JAY ANTOINE JACKSON, JR., Defendant, and files this Unopposed Motion to Amend Scheduling Order and shows the following:

1. The motion is filed in accordance with the Federal Rules of Criminal Procedure.

2. This matter was set for Pre-Trial Conference on August 17, 2026 and Trial on August 24, 2026.

3. Defense Counsel and the Government are continuing to work towards a fair and just resolution to this case.

4. On August 14, 2026, Defense Counsel and AUSA Jay Hileman spoke regarding the need to file a motion to amend and extend all deadlines in the current scheduling order. AUSA Hileman advised that he was unopposed to such a motion. Therefore, this motion is unopposed.

5. This Unopposed Motion to Amend Scheduling Order is not for purposes of delay or frustrating the justice system, but more so to allow time for the Government and Defense Counsel to continue working towards a fair and just resolution of this matter.

**WHEREFORE, PREMISES CONSIDERED,** Defendant prays that the Court enters its order granting the amendment of the scheduling order by amending each deadline by sixty (60)

days from the dates stated in the current scheduling order or, in the alternative, sets this motion for a hearing.

Respectfully submitted,

/s/ ***Samuel L. Milledge, II***

SAMUEL L. MILLEDGE, II
Texas Bar No. 24076560
SDT Federal Bar No. 1750963
THE MILLEDGE LAW GROUP, PC
1235 North Loop West, Ste. 725
Houston, Texas 77008
(713) 812-1409 – Telephone
(713) 812-1418 – Telecopier
sam2@milledgelawgroup.com
blopez@milledgelawgroup.com
**COUNSEL FOR JAY ANTOINE JACKSON, JR.**

CERTIFICATE OF CONFERENCE

I hereby certify that a conference regarding the above motion was had on Friday, August 14, 2026. During that conference, AUSA Jay Hileman advised that he was unopposed to this motion.

/s/ ***Samuel L. Milledge, II***

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on August 14 , 2026, on the following via ECF Notice pursuant to the Federal Rules of Civil Procedure to all attorneys of record in this matter

/s/ ***Samuel L. Milledge, II***